# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FURIANI<br><br>    Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:17-cv-02221-LAB-BGS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the Joint Motion of the parties for fees and costs under the Equal Access to Justice Act:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

DATE: June 24, 2019

_/s/ Larry A. Burns_
Hon. Larry A. Burns
Chief United States District Judge